Susan ARNONE, Appellant,

v.

AMERICAN DRUG STORES, INC., Defendant,

Division of Employment Security, Respondent.

No. WD 62169.

Missouri Court of Appeals, Western District.

Sept. 23, 2003.

Ronald E. Sandhaus, Leawood, KS, for Appellant.

Sharon A. Willis, Kansas City, MO, for Respondent.

American Drug Stores, Defendant.

Before: JAMES M. SMART, P.J., ROBERT G. ULRICH and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Susan Arnone ("Ms. Arnone") appeals the Labor and Industrial Relations Com-

mission's (the "Commission") order denying her unemployment compensation benefits. The judgment of the Commission is affirmed. Rule 84.16(b).